# FIRST DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

No. 1D2025-2417
_____

LEVAR DESHAWN GREEN,

Petitioner,

v.

STATE OF FLORIDA,

Respondent.

_____

Petition for Writ of Belated Appeal—Original Jurisdiction.

March 3, 2026

PER CURIAM.

DENIED.

ROWE, WINOKUR, and M.K. THOMAS, JJ., concur.

_____

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

_____

Levar Deshawn Green, pro se, Petitioner.

No appearance for Respondent.